**Appeal No. 2023AP896**

**STATE OF WISCONSIN**

Cir. Ct. No. 2021CV2004

**IN COURT OF APPEALS
DISTRICT IV**

CCH INVESTMENTS LLC,

    PLAINTIFF-APPELLANT,

  V.

AMERICAN TRANSMISSION COMPANY LLC
AND ATC MANAGEMENT INC,

    DEFENDANTS-RESPONDENTS.

FILED

April 26, 2024

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Ryan D. Nilsestuen
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Bryan J. Cahill
Electronic Notice

Mark W. Hancock
Electronic Notice

Maxted Lenz
Electronic Notice

Erik Samuel Olsen
Electronic Notice

Sarah Lynn Olsen
Electronic Notice

Andrew D. Weininger
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 35 in the above-captioned opinion which was released on April 4, 2024. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.